UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
December 04, 2014
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

THOMAS ROMEO,

    Defendant.

Case No. 2:14-cr-00331-KJM

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release __THOMAS ROMEO__,

Case No. __2:14-cr-00331-KJM__ from custody for the following reasons:

    ____ Release on Personal Recognizance

    __X__ Bail Posted in the Sum of $ __1,000,000__

    ____ Unsecured Appearance Bond $ ____

    ____ Appearance Bond with 10% Deposit

    ____ Appearance Bond with Surety

    ____ Corporate Surety Bail Bond

    __X__ (Other): __Defendant released pending posting of property within 14 days__

Issued at Sacramento, California on December 04, 2014 at 2:15 PM

By: _/s/ Carolyn Delaney_

Magistrate Judge Carolyn K. Delaney