Malcolm Segal (SBN 075481)
**SEGAL & ASSOCIATES, PC**
400 Capitol Mall, Suite 2550
Sacramento, CA  95814
Telephone:  (916) 441-0886
Facsimile: (916) 475-1231
msegal@segal-pc.com

Attorneys for Defendant
THOMAS ROMEO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No: 2:14-CR-0331 GEB |
|---|---|
| Plaintiff, | **STIPULATION CONCERNING STATUS CONFERENCE AND EXCLUDABLE TIME UNDER SPEEDY TRIAL ACT; [PROPOSED] ORDER** |
| v. | |
| THOMAS ROMEO, | |
| Defendant. | |

    Defendant Thomas Romeo, by and through his counsel of record, Malcolm Segal, Segal & Associates, PC and Plaintiff United States of America, by and through its counsel of record, Todd A. Pickles, hereby stipulate as follows:

    1.  A status conference was held in this matter on November 18, 2015, before the Honorable Judge Kimberly J. Mueller.  At that time, the court determined that defense counsel was in need of additional time to prepare its defense and scheduled the matter for a further status conference on January 20, 2016.

1

**STIPULATION CONCERNING STATUS CONFERENCE AND EXCLUDABLE TIME UNDER SPEEDY TRIAL ACT; [PROPOSED] ORDER**

2. Since that time, the case has been reassigned to the Honorable Garland E. Burrell, Jr. and the status conference was been rescheduled to January 22, 2016.

3. By stipulation of the parties, the status conference was continued and is now currently scheduled for March 25, 2016.

3. Since the time of the status conference on November 18, 2015, the parties have engaged in the following:

    a. The government has provided defense counsel with a hard drive containing over four terabytes of data, including emails and attached documents, which must be reviewed and analyzed.

    b. The defense has continued to review the discovery provided by the government, including investigative reports and lengthy audio recordings of witness interviews.

    c. The investigative materials in this case include well over a 100,000 pages of seized documents. Defense counsel has reviewed and copied a large number of documents maintained in storage by the Department of Homeland Security and is continuing its analysis of these materials.

    d. In addition, the government has provided the defense with now unsealed search warrants and affidavits utilized to search the defendant's business premises and emails, as well as with information concerning the disposition of the seized materials.

    e. The voluminous discovery materials relate to import activity occurring over a substantial period of time. The defense has continued to consult with customs, shipping and import experts in order to understand the complex regulations, customs broker and other technical and regulatory aspects of importing manufactured goods into the United States, including audit procedures and disclosures.

///

      f.   Defense counsel and the undersigned prosecutor have personally met to discuss the status of the case and to discuss several legal issues pertinent to the case.

4.   The defense requires additional time to continue the review of relevant documents, review the efficacy of the search warrants, to consult with defense experts, to identify and locate potential witnesses and to continue with the ongoing factual investigation.  The defense also requires additional time to conduct necessary legal research related to complex import issues arising from the charges and to present information to the prosecutor.

5.   Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The United States does not object to the requested continuance.

6.   By this stipulation the parties request that the status conference be continued until May 20, 2016 at 9:00 a.m., and for the time between March 25, 2016 and May 20, 2016, to be excluded under Local Code T4.

7.   Based on the foregoing, the parties agree that the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the time prescribed by the Speedy Trial Act. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period from March 25, 2016 to May 20, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the interest of the public and the defendant in a speedy trial.  Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that

///

**STIPULATION CONCERNING STATUS CONFERENCE AND EXCLUDABLE TIME UNDER SPEEDY TRIAL ACT; [PROPOSED] ORDER**

additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED.**

Dated: March 23, 2016                    SEGAL & ASSOCIATES, PC


                                          /s/ Malcolm Segal
                                         MALCOLM SEGAL
                                         Counsel for Defendant


Dated: March 23, 2016                    BENJAMIN B. WAGNER
                                         United States Attorney


                                          /s/ Malcolm Segal for
                                         TODD A. PICKLES
                                         Assistant United States Attorney


**ORDER**

**IT IS HEREBY ORDERED** that the Status Conference scheduled for March 25, 2016 at 9:00 a.m. is continued to May 20, 2016 at 9:00 a.m.

It is further **ORDERED** that under the Speedy Trial Act between March 25, 2016 and May 20, 2016, inclusive, is hereby excluded under Local CodeT4, and 18 U.S.C.§§ 3161(h)(7)(A), B(iv), to ensure adequate time for preparation of counsel.  For the reasons set forth above, the court finds that the ends of justice served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time through May 20, 2016.

Dated:  March 24, 2016

STIPULATION CONCERNING STATUS CONFERENCE AN[D]

GARLAND E. BURRELL, JR.
Senior United States District Judge