PHILLIP A. TALBERT
Acting United States Attorney
TODD A. PICKLES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS ROMEO,<br><br>Defendant. | CASE NO. 2:14-CR-331 GEB<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on July 29, 2016.

2. By this stipulation, defendant now moves to continue the status hearing until September 23, 2016, and to exclude time between July 29, 2016, and September 23, 2016, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes multiple thousands of pages documents seized as part of a search warrant, investigative reports, documents obtained via subpoenas, and other documents and evidence obtained as part of the investigation. All of this discovery is being made available for inspection and copying by the defense.

    b) The parties have met and conferred with respect to certain evidentiary and proof inquiries by the defense relating to some of the charged conduct, the results of which may affect the defense preparation of this case. The United States anticipates it will respond to defendant's inquiries over the next several weeks.

    c) Counsel for defendant desires additional time to inspect and copy the discovery, consult with his client, conduct an investigation and research related to the charges, and to discuss potential resolution with his client.

    d) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    e) The United States does not object to the continuance.

    f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 29, 2016 to September 23, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

  4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

  IT IS SO STIPULATED.

Dated:  July 27, 2016        PHILLIP A. TALBERT
                  Acting United States Attorney

                  */s/ Todd A. Pickles*
                  TODD A. PICKLES
                  Assistant United States Attorney

Dated:  July 27, 2016        */s/ Todd A. Pickles for*
                  MALCOLM SEGAL
                  Counsel for Defendant
                  Thomas Romeo

**FINDINGS AND ORDER**

  IT IS SO FOUND AND ORDERED.

Dated:  July 28, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3