Malcolm Segal (SBN 075481)
**SEGAL & ASSOCIATES, PC**
400 Capitol Mall, Suite 2550
Sacramento, CA  95814
Telephone:  (916) 441-0886
Facsimile: (916) 475-1231
msegal@segal-pc.com

Attorneys for Defendant
THOMAS ROMEO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>THOMAS ROMEO,<br><br>            Defendant. | Case No: 2:14-CR-0331 GEB<br><br>**STIPULATION CONCERNING STATUS CONFERENCE AND EXCLUDABLE TIME UNDER SPEEDY TRIAL ACT; [PROPOSED] ORDER** |

    Defendant Thomas Romeo, by and through his counsel of record, Malcolm Segal, Segal & Associates, PC and Plaintiff United States of America, by and through its counsel of record, Todd A. Pickles, hereby stipulate as follows:

    1.    This case was set for a status conference on September 23, 2016, by stipulation of the parties.

    2.    During the period since the Indictment was filed, the parties have diligently conferred and exchanged information, including:

        a.    The government provided defense counsel with a hard drive containing over four terabytes of data, including emails and attached documents;

   b. The defense has reviewed the discovery provided by the government, including the investigative reports and lengthy audio recordings of witness interviews;

   c. The investigative materials in this case include well over 100,000 pages of seized documents, including a large number of documents maintained in storage by the Department of Homeland Security;

   d. The government has provided the defense with now unsealed search warrants and affidavits utilized to search the defendant's business premises and emails, as well as with information concerning the disposition of the seized materials;

   e. The defense has continued to consult with customs, shipping and import experts in order to understand the complex regulations, customs broker duties and other technical and regulatory aspects of importing manufactured goods into the United States, including audit procedures and disclosures; and

   f. Defense counsel and the undersigned prosecutor have personally met to discuss the legal issues pertinent to the case and the defense has provided the prosecutor and the case agent with information regarding its view of the facts and legal issues pertaining to the case.

  3. The defense requires additional time to permit the prosecutor to evaluate the information provided to him and confer with the investigating agency. The defense must meet with the prosecutor, consult with defense experts and identify and locate potential witnesses. The defense also requires time to conduct necessary legal research related to complex import issues arising from the charges and to present additional information to the prosecutor.

  4. Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The United States does not object to the requested continuance.

**STIPULATION CONCERNING STATUS CONFERENCE AND EXCLUDABLE TIME UNDER SPEEDY TRIAL ACT; [PROPOSED] ORDER**

5. By this stipulation, the parties request that the status conference be continued until November 18, 2016 at 9:00 a.m., and for the time between September 23, 2016 and November 18, 2016, to be excluded under Local Code T4.

6. Based on the foregoing, the parties agree that the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the time prescribed by the Speedy Trial Act. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period from September 23, 2016 to November 18, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the interest of the public and the defendant in a speedy trial.  Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED.**

Dated: September 19, 2016         SEGAL & ASSOCIATES, PC


                                   /s/ Malcolm Segal_____
                                  MALCOLM SEGAL
                                  Counsel for Defendant


Dated: September 19, 2016         BENJAMIN B. WAGNER
                                  United States Attorney


                                   /s/ Malcolm Segal for_____
                                  TODD A. PICKLES
                                  Assistant United States Attorney

3

**STIPULATION CONCERNING STATUS CONFERENCE AND EXCLUDABLE TIME UNDER SPEEDY TRIAL ACT; [PROPOSED] ORDER**

## [PROPOSED] ORDER

**IT IS HEREBY ORDERED** that the Status Conference scheduled for September 23, 2016 at 9:00 a.m. is continued to November 18, 2016 at 9:00 a.m.

It is further **ORDERED** that under the Speedy Trial Act between September 23, 2016 and November 18, 2016, inclusive, is hereby excluded under Local CodeT4, and 18 U.S.C.§§ 3161(h)(7)(A), B(iv), to ensure adequate time for preparation of counsel.  For the reasons set forth above, the court finds that the ends of justice served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time through November 18, 2016.

Dated:  September 21, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge