1  PHILLIP A. TALBERT
   Acting United States Attorney
2  TODD A. PICKLES
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:   (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,              | CASE NO.  2:14-CR-331 GEB
   |                                         |
12 |                    Plaintiff,           | REQUEST TO DISMISS INDICTMENT; AND
   |                                         | [PROPOSED] ORDER
13 |          v.                             |
   |                                         |
14 | THOMAS ROMEO,                           |
   |                                         |
15 |                    Defendant.           |

16

17       In the interests of justice, the United States of America, through Assistant United States Attorney

18 Todd A. Pickles, hereby requests that the Court dismiss the Indictment in this case, terminate all

19 conditions of release previously imposed on the defendant, and return to the defendant any collateral he

20 may have provided to the Court.

21                                           Respectfully submitted,

22 DATED: November 16, 2016                  PHILLIP A. TALBERT
                                              Acting United States Attorney
23
                                               /s/ Todd A. Pickles
24                                            TODD A. PICKLES
                                              SHELLEY D. WEGER
25                                            Assistant United States Attorney

26                                            For the UNITED STATES OF AMERICA

27

28

   REQUEST TO DISMISS COUNTS; [PROPOSED] ORDER        1

ORDER

This matter came before the Court on the United States's request to dismiss the Indictment in the interests of justice.  The Court hereby ORDERS that the Indictment is DISMISSED.  All conditions of release previously imposed by the Court are therefore TERMINATED and any collateral provided to the Court by the defendant shall hereby be RETURNED to the defendant.

Thereafter, the Clerk of the Court shall close the case.

Dated:  November 17, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge